Dianne C. Kerns, Trustee
Office of Chapter 13 Bankruptcy
PMB #413
7320 N. La Cholla #154
Tucson, AZ  85741
Telephone  (520) 544-9094

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF ARIZONA

| IN RE: | ) | CHAPTER 13 PROCEEDINGS |
|---|---|---|
| FLORENTINO GONZALEZ | ) | CASE NO.: 08-17919-TUC-JMM |
| MARIA G GONZALEZ | ) | |
| | ) | **WITHDRAWAL OF TRUSTEE'S** |
| | ) | **MOTION TO DISMISS** |
| DEBTORS | ) | |

  Dianne C. Kerns, Chapter 13 Trustee, hereby withdraws her Motion to Dismiss in the above referenced case as the plan payments have been brought current; or the case has been converted.

Dated:  9/25/2009

/s/  Dianne C. Kerns  011557
Dianne C. Kerns, Esq.
Chapter 13 Trustee

Copy of the foregoing lodged with U.S. Bankruptcy Court and mailed this: 9/25/2009

FLORENTINO GONZALEZ
MARIA G GONZALEZ
7668 S DORSET CT
TUCSON, AZ  85746

RONALD ALLEN
ALLEN LAW FIRM
1331 N WILMOT RD
STE 250
TUCSON, AZ  85712

By Betty Norton