**THIS ORDER IS APPROVED.**

**Dated: December 30, 2009**

_(signature)_ James M. Marlar

**JAMES M. MARLAR**
**Chief Bankruptcy Judge**

1 | **RONALD N. ALLEN, L.L.C.**
**1331 N. Wilmot Rd., Ste. 250**
2 | **Tucson, AZ 85711**
**(520) 204-1902 Office**
3 | **(520) 204-4536 Fax**
**ronald.allen@azbar.org**
4 |
**RON ALLEN, ESQ.**
5 | **PCC NO. 1056**
**STATE BAR NO. 009904**
6 | **Attorney for: Debtors**

7 |

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE DISTRICT OF ARIZONA

| In Re: | Case No. 4:08-bk-17919-JMM |
|---|---|
| FLORENTINO GONZALEZ and | Chapter 13 |
| MARIA G. GONZALEZ, | ORDER EXTENDING TIME TO SUBMIT STIPULATED ORDER CONFIRMING CHAPTER 13 PLAN |
| Debtor. | |

UPON REVIEWING Debtors' Motion to Extend Time to Submit Stipulated Order Confirming Chapter 13 Plan to Chapter 13 Trustee and finding good cause therein, and finding the Motion is not presented for the purpose of delay or harassment, but to further the ends of justice:

IT IS HEREBY ORDERED Debtor's Motion is APPROVED; and,

IT IS FURTHER ORDERED the deadline to submit a Stipulated Order Confirming Chapter 13 Plan to Chapter 13 Trustee is continued until ninety (90) days following the date of entry of this Order.

DATED THIS _____ day of _____, 2009.

_____
Honorable James M. Marlar
UNITED STATES BANKRUPTCY JUDGE