# TIFFANY & BOSCO
### P.A.

**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-15966

**IN THE UNITED STATES BANKRUPTCY COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| IN RE:<br><br>Florentino Gonzalez and Maria G. Gonzalez<br>Debtors.<br><br>Wells Fargo Bank, N.A.<br><br>Movant,<br>vs.<br><br>Florentino Gonzalez and Maria G. Gonzalez, Debtors; Diane C. Kerns, Trustee, Trustee.<br><br>Respondents. | No. 4:08-bk-17919-JMM<br><br>Chapter 13<br><br>MOTION TO WITHDRAW NOTICE OF DEFAULT |

Movant, Wells Fargo Bank, N.A., by its attorney undersigned, moves to withdraw its Notice of Default without prejudice. An amended Notice of Default is to be filed with correct figures.

DATED this 21st day of December, 2010.

                                            Respectfully submitted,

                                            TIFFANY & BOSCO, P.A.

                                            BY  /s/ LJM # 014228
                                                  Mark S. Bosco
                                                  Leonard J. McDonald
                                                  Attorneys for Movant

COPY of the foregoing mailed
December 21, 2010 to:

Florentino Gonzalez and Maria G. Gonzalez
7668 S Dorset Ct
Tucson, AZ  85746
Debtors

Ronald N. Allen
1331 N. Wilmot Road Suite 250
Tucson, AZ  85712
Attorney for Debtors

Diane C. Kerns, Trustee
7320 N. La Cholla #154 PMB 413
Tucson, AZ  85741
Trustee


By  Rebecca Robinson