THIS ORDER IS APPROVED.

Dated: December 22, 2010

_____
**JAMES M. MARLAR**
Chief Bankruptcy Judge
_____

**TIFFANY & BOSCO**
**P.A.**
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-15966

## IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE: | No. 4:08-bk-17919-JMM |
| Florentino Gonzalez and Maria G. Gonzalez Debtors. | Chapter 13 |
| Wells Fargo Bank, N.A. | O R D E R |
| Movant, vs. | (Relating to docket #) |
| Florentino Gonzalez and Maria G. Gonzalez, Debtors; Diane C. Kerns, Trustee, Trustee. Respondents. | |

IT IS HEREBY ORDERED that Movant's Notice of Default is hereby withdrawn without prejudice and that any hearings scheduled in the matter are vacated.